[No. 9866–7–I.   Division One.   February 22, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DWAYNE
L. MACK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–8–03259–5, Maurice Epstein, J. Pro Tem., entered January 14, 1981. *Dismissed* by unpublished per curiam opinion.

[No. 4222–7–III.   Division Three.   February 23, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
W. NORTON, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 22343, Sidney R. Buckley, J., entered September 26, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 3986–2–III.   Division Three.   February 23, 1982.]

SPADA DISTRIBUTING COMPANY, INC., *Respondent,* v.
DON BREWER, SR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grant County, No. C–25662, Clinton J. Merritt, J., entered April 22, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 4742–II.   Division Two.   February 24, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY
ISADORE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 79–1–00304–2, John N. Skimas, J., entered April 25, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.